## JAMES ALLEN VS. SHIP *Angola,* 1743

A Minute of the Case Cap$^t$ James Allen etc. ag$^{st}$ the Ship Angola and her Cargo etc.

1. Libel
2. Monition

Claim 3. At which Court the s$^d$ George Smithson exhibited the following Claim or plea, and was Sworn to it Viz$^t$ The Court is Adjourned to the 6th day of June next at 3 oClock P: M

4. M$^r$ Banisters Enactment, in the Minute Book, — June the 6th The Court being opened according to adjournment, The Libel of Cap$^t$ James Allen etc. and The Claim of George Smithson late Master of the s$^d$ Ship were read — M$^r$ Moses Lopez was Sworn Interpreter in this Case. Whereupon the following preparitory Examinations were produced in Court and read Viz$^n$

5. Prep$^y$ Exam$^s$ Philip de Arrieta on Oath in Open Court declares That the Answers made to the Interrogatories by him signed are true

6. Copy of Lorenzo's Commission etc. marked A

7. Lett$^{rs}$ Amasa Cabrers marked B and C Philip de Arrieta on Oath in Open Court further made Answer to the following Questions Viz$^n$

8. de Arrieta's Ev$^{ce}$

9. Nathan Bulls Ev$^{ce}$ After which the att$^{ys}$ for the Captor entered the following reply to the Claim or Plea of George Smithson

10. The reply indorsed on the Libel The Court is Adjourned untill to Morrow Nine a Clock A M. June the 7th The Court being opened According to adjournmen$^t$

Antonio Rodriguez Cayetano Ramos, Christopher Berry, John Bickerstaff and Michael Quinn were Sworn and declared in Open Court that their several Interrogatories by them Signed were true and then the following papers were produced in Court Viz$^t$

11. Inv$^y$ of the Frigat called the Angola

12. Acco$^t$ of Sale of Negroes

13. Invoice of Sundry Merchandize and Bill of Lading.

14. Acco$^t$ of Disbursm$^{ts}$

15. Acco$^t$ Curr$^{ts}$

16. Lett$^{rs}$

17. Jn$^o$ Banister and Richardson Ev$^{ces}$

18. The Claim$^{ts}$ Acknowledgem$^t$ in the Minute Book And after several Pleas by the Att$^{ys}$ on both sides the Court is Adjourned the Tenth Inst$^t$ at 3 a Clock P: M. June 10th The Court being Opened According to Adjournm$^t$ his Hon$^r$ the Judge pronounced the following Decree Viz$^t$

19. Decree

20. George Smithsons Appeal in the Minute Book

21. Bond for Appeal.

[Admiralty Papers, I, 68]

May 17th 1743.

COLONY OF RHODE ISLAND ETC. Moses Lopez was Sworn Interpreter in this Case — Philip De Arrieta, one of the Spanish prisioners taken on Board the Ship brought into this port by Cap$^t$ James Allen and Comp$^a$ and Cap$^t$ James Wimble and Company On Oath Answers to the Questions proposed to him As follows

$Q^n$ 1. Who was Master of the afores$^d$ Ship when she was taken, when and where was she taken and by whom

$Ans^r$ I was Master of the s$^d$ Ship when she was taken by Cap$^t$ Allen. It was on the 29th of April last N. S and ab$^t$ half a League from the Island of Cuba

$Q^t$ 2. When was you first Master of the s$^d$ Ship and where

$Ans^r$ On the 20th of April last N: S Don Francisco Lorenzo and Don Francisco Camejo Command$^r$ of the Sloops Savengansa and La Fama belong-

ing to the King of Spain took the s^d Ship off of Hineango one of the first Islands in the Windward passage and on the same Day I being Lieu^t of the Fama was put on Board of the s^d Ship as Commander with Orders to Carry her into Baracoa on the Island of Cuba in Order to have her Condemned there

$Q^t$ 3. Whither did you go with the s^d Ship after you had taken her in Charge

*Ans^r* By reason of the Leward Currant we could not fetch Baracoa and so put into Tannamo a port on the Island of Cuba about twenty Leagues to Leward of Baracoa

$Q^n$ 4. When did you Arrive at Tannamo how long did you lie there and what was Transacted about said Ship in that Time

*Ans^r* We arrived there on the 21st Day of April last N. S. and lay four Days and a half, the Day of our Arrival Don Miguel Fernander the King's Commissary examined the papers of the said Ship and remitted them to Baracoa in order to have her Condemned by the Alcalder of Baracoa where it would cost less to have Her condemned then at the Havanah And three Days after an Express from Baracoa brought a Copy of the Condemnation of s^d Ship and delivered it to me at Tannamo the Original being sent by Land to the Havannah And upon my receiving the s^d Copy of the Condemnation the Kings Commissary gave me Orders to proceed in said Ship for the Havannah

$Q^t$ 5. What did you with said Ship after you had received that Copy and those Orders

*Ans^r* I proceeded on my Voyage for the Havannah and in prosecution thereof was taken by Cap^t Allen as I have before related

$Q^n$ 6. What became of that Copy of the Condemnation of said Ship you just now mentioned to have received from Baracoa

*Ans^r* Before I left Tannamo I had Orders from Don Francisco Lorenzo to throw the s^d Copy Overboard if I should be in Danger of being taken by an Englishman Which I did in the Engagement I had with Cap^t Allen with sundry Letters that were sent with it to several officers from Baracoa to the Havannah in a packet to the Governor which Copy and Letters I so inclosed and Sealed up in said packet For all which I gave a recei^t

$Q^n$ 7. How many people had you on Board at the Time of your being taken

*Ans^r* Twenty Spaniards, Six of them Common Soldiers and one Officer beside four Frenchmen and eight English prisioners.

$Q^n$ 8. Did you deliver the paper marked A and now exhibited to you to Cap^t Allen at the time of your being taken and what was the Original design of it

*Ans^r* I delivered it to him and it is a Copy of Cap^t Lorenzo's Commission with his Instructions to me thereon indorsed

*Q$^n$* 9.  Is the Cargo now on board the afores$^d$ Ship the same she had on Board when taken by Don Lorenzo and Comp$^a$ and Condemned at Baracoa and afterwards in her Voyage to the Havannah taken by Cap$^t$ Allen

*Ans$^r$*  Yes the same

Phelipe de Arrieta

Truly interpreted in the Spanish Tongue by me Moses Lopez

Antonio Rodriguez another of the Spanish prisioners taken on Board s$^d$ Ship and brought into this port by Cap$^t$ Allen Cap$^t$ Whimble and their Comp$^{as}$ On Oath made Answer to the Questions proposed to him as follows

*Q$^n$* 1.  Was you on board of the s$^d$ Ship when she was taken by Cap$^t$ Allen and Comp$^a$ and Cap$^t$ Whimble etc. when and where was she taken and how long have you known the s$^d$ Ship

*Ans$^r$*  I was on board of her when she was taken by Cap$^t$ Allen It was ab$^t$ four or five Weeks ago at a small distance from the Shore and ab$^t$ Six Leagues to the Eastward of the Havannah The first knowledge I had of her was about Nine or ten Days before she was taken by Cap$^t$ Allen I belonged to the Sloop La Fama belonging to the King of Spain Commanded by Don Francisco Camejo Who in Comp$^a$ w$^{th}$ Don Francisco Lorenzo took the s$^d$ Ship and put Philip De Arrieta on Board of her as Master with the Depon$^t$ and about twenty two other Spaniards and Ordered us to go to Baracoa in Order for Condemnation where it wou'd Cost less to have her Condemned than at the Havannah but the Weather not permitting we fell to Leward and put into Tannamo a Port on the Island of Cuba about Eighteen or Nineteen Leagues to the Leward of Baracoa and after we had been there about two Days the Kings Commissary Locked up the Hatches of s$^d$ Ship and Sealed em with the Kings Seal

*Q$^n$* 2.  Do you know whether the s$^d$ Ship was Condemned after she was taken by you

*Answ$^r$*  After we had arrived at Tannamo the papers belonging to s$^d$ Ship was sent to Baracoa in Order for Condemnation of s$^d$ Ship and in about four Days time the Condemnation was sent from the Governour of Baracoa to the Kings Commissary who was on Board the s$^d$ Ship at Tannamo And next Day we set Sail for the Havannah but was taken in our Voyage by Cap$^t$ Allen

*Q$^n$* 3.  Do you know any thing of Philip De Arrieta throwing any papers Overboard before or at the time of taking s$^d$ Ship by Cap$^t$ Allen.

*Ans$^r$*  I being near to Philip De Arrieta just at the time of our Striking to Cap$^t$ Allen se him throw a packet of papers into the Sea which sunk right down

the mark of

Antonio  $\times$  Rodriguez

Truly interpreted in the Spanish Tongue by Moses Lopez

Cayetano Ramos another of the Spanish prisioners taken on Board s^d Ship and brought into this port by Cap^t Allen and Cap^t Whimble etc. On Oath made Answer to the Questions proposed to him as follows

$Q^n$ 1. Was you on Board of the s^d Ship when she was taken by Cap^t Allen and Cap^t Whimble etc. when and where was She taken and how long have you known the said Ship

$Ans^r$ I was on Board of her when she was taken by Cap^t Allen It was about four or five Weeks Ago At a small distance from the Shore and about Six Leagues to the Eastward of The Havannah The first knowledge I had of her was about Nine or ten Days before she was taken by Cap^t Allen, I belonged to the Sloop La Fama belonging to the King of Spain Commanded by Don Francisco Camejo Who in Comp^a with Don Francisco Lorenzo took the s^d Ship and put Philip De Arrieta on Board of her as Master with the Depon^t and abt. twenty two other Spaniards and Ordered me to go to Baracoa in Order for Condemnation where it would cost less to have her Condemned than at the Havannah, but the Weather not permitting we fell to Leward and put into Tannamo a Port on the Island of Cuba About eighteen or Nineteen Leagues to the Leward of Baracoa And after we had been there about two Days The Kings Commissary, Locked up the Hatches of s^d Ship and Sealed 'em with the Kings Seal.

$Q^n$ 2. Do you know whether the s^d Ship was Condemned after she was taken by you

$Ans^r$ After we had arrived at Tannamo the papers belonging to s^d Ship was sent to Baracoa in Order for Condemnation of s^d Ship And in about four Days Time the Condemnation was sent from the Governour of Baracoa to the Kings Commissary who was on Board the Ship at Tannamo and the next day we Set Sail for the Havannah but was taken in our Voyage by Cap^t Allen

$Q^n$ 3. Do you know any thing of Philip De Arrieta throwing any papers Over Board before or at the time of taking s^d Ship by Cap^t Allen

$Ans^r$ I did not se him throw any Overboard but was present when the King's Commissary and Comandant gave s^d De Arrieta Orders that if he should meet with an English Privateer to throw his Papers Overboard

Cayetano Ramos

Truly interpreted in the Spanish Tongue by me Moses Lopez

James Allen Commander of the Sloop Revenge, A private Man of War, On Oath made Answer to the following Questions Viz^n

$Q^n$ 1. When and where did you take the Ship that you brought into this Port

$Ans^r$ I being Consorted with Cap^t James Whimble About the 18^th of April last O. S. took the s^d Ship About 8 or ten leagues to the Eastward of the Havannah Close under the Shore

$Q^n$ 2. How many People did you take on Board $s^d$ Ship and of what Nation

$Ans^r$ Ab$^t$ 24 Spaniards and Six or Seven Englishmen which they had as prisioners

$Q^n$ 3. What resistance did they make

$Ans^r$ He fought about an Hour and half with his Stern Chase before he Struck

$Q^n$ 4. Are the papers now produced in Court all that were found on Board the $s^d$ Ship Without any Fraud Addition Subduction or Embezelment

$Ans^r$ Yes, they are all

James Allen

Christopher Berry of Greenwich in the County of Kent in Great Britain Mariner, On Oath made Answers to the following Questions

$Q^n$ 1. How long have $y^e$ known the Ship Afores$^d$ where, and what do you know of her

$Ans^r$ I Worked on Board of her 14 Days before she Sailed from Jamaica and was hired to go home to England by the Run, and ab$^t$ 15 Days after we Sailed from Jamaica it being the 9th of April last, Off of Hineango the $s^d$ Ship was taken by a Guarda Costa and the Spaniards told me that She and Cruiser in Company belonged to the King of Spain, the same Day I was taken I was carried on Board one of $s^d$ Vessels Which Vessel Convoyed $s^d$ Ship into a Harbour upon the Island of Cuba ab$^t$ 15 Leagues to Leward of Baracoa as I was informed We lay under a point of Land and ab$^t$ 5 Miles up there was a small Town as I was informed by the Spaniards, S$^d$ Ship lay in $s^d$ Harbour 4 Days and a half, two Days after She went in I was sent from the Guarda Costa on Board the af$^d$ Ship The same Day that I was sent on Board I se the Serevan a Spanish officer so called and one of the Soldiers go down in the Steerage and se 'em Seal up the Starboard Scuttle in Steerage and the Doctors Medicine Chest, and the next Day I se 'em take out of $s^d$ Ship four or five Hogsheads of Bread a Hogshead of Rum some Beef, two Barrels of Sugar and some other things and carry 'em on Board of the Spanish Guarda Costa After lying there 41 Days and a half as afores$^d$ the Spaniards proceeded with $s^d$ Ship for the Havannah and the 18th Day of April the English Prisioners was Barred down in the $s^d$ Ships Steerage by the Spaniards and after Cap$^t$ Allen had taken her We were set at Liberty.

$Q^n$ 2. Did you know of any Papers that Came from Baracoa before you Sailed

$Ans^r$ No

$Q^n$ 3. Was you Confined on Board of $s^d$ Ship or had the Liberty to go at large

$Ans^r$ I had the Liberty to Walk the Decks by Day and barred down in the Steerage at Night

Christopher Berrey

John Bickerstaff of Liverpool in the Kingdom of Great Britain Mariner On Oath made answer to the following Questions Viz$^n$

$Q^n$ 1.  How long have you known the Ship afores$^d$ where and what do you know of her

*Ans$^r$*  About 16 Months ago I Sailed in her from Leverpool af$^d$ and went to the Coast of Angola in Affrica and from thence we proceeded to Barbados and from thence we went to Jamaica Where we Loaded for Liverpool and Sailed for that Port the 25th of March last O. S. and was taken the 9th of April by a Spanish Vessel of force there being two in Company and Carried us into a Port on the Island of Cuba the Name of which I do not know, ab$^t$ 18 or 20 Leagues distant from Baracoa as I was informed Where the afores$^d$ Ship lay three or four Days, I was carried in there in the s$^d$ Ship and was on Board all the while she lay at s$^d$ port

$Q^n$ 2.  Did you know of any papers being taken out of s$^d$ Ship by the Spaniards to send any where

*Ans$^r$*  No the Spaniards kept 'em to themselves and We had the Liberty to Walk the Decks by Day but did not go into the Cabin where the Spaniards kept

$Q^n$ 3.  Did you know of any papers being brought from Baracoa on Board s$^d$ Ship

*Ans$^r$*  No.

$Q^n$ 4.  Where was said Ship taken by Cap$^t$ Allen and Cap$^t$ Whimble and when

*Ans$^r$*  We was taken About 18 Leagues to the Windward of the Havannah as I Judge and on the 18th Day of April O. S We was taken by Cap$^t$ Allen, I being Barred down below during the Engagement

$Q^n$ 5.  Who Commanded s$^d$ Ship when you was taken by the Spaniards

*Ans$^r$*  George Smithson Commander her.

$Q^n$ 6.  What was said Ship called when you first knew her

*Ans$^r$*  The Angola

John Bickerstell

Michael Quin of Cork in the Kingdom of Ireland Mariner on Oath made Answer to the following Questions Viz$^t$

$Q^n$ 1.  How long have you known the afores$^d$ Ship, where and what do you know of her

*Ans$^r$*  In February last I first knew her in Jamaica. On the 25th of March last I Sailed in her from Jamaica bound for Liverpool and on the 9th of April Off of Hineauga the s$^d$ Ship was taken by a Spanish Vessel of 12 Carriage Guns there being two in Company After which we were Carried into Tannamo a small Harbour on the Island of Cuba and was bound to Baracoa Where the Spaniards told me they designed to Carry her to be Condemned but could not get there by reason of the Weather and Currants, The s$^d$ Ship lay at

Tannamo 4 days and a half, Where I continued on Board s$^d$ Ship, mostly, but sometimes was on Board of the Spanish Vessel

$Q^n$ 2. Did you know of any papers being taken out of s$^d$ Ship by the Spaniards to send any where

Ans$^r$ No but I heard the Spaniards say they had sent some papers to Baracoa in Order to Condemn s$^d$ Ship

$Q^n$ 3. Did you know of any person bringing any papers from Baracoa relating s$^d$ Ship

Ans$^r$ I Neither se person or papers but was informed by the Spaniards that the papers of Condemnation of s$^d$ Ship was brought to s$^d$ Tannamo before we Sailed from thence

$Q^n$ 4. What do you know relating s$^d$ Ship after your Departure from Tannamo

Ans$^r$ They Shaped their Course for the Havannah, but was taken by Capt. Allen and Cap$^t$ Whimble the 18th of April O. S. the English prisioners being Confined in the Time of Action

$Q^n$ 5. What was the Ship called when you first knew her

Ans$^r$ The Angola

$Q^n$ 6. Who Commanded s$^d$ Ship when she was taken by the Spaniards

Ans$^r$ George Smithson Commanded her

Michael Quin

[Admiralty Papers, I, 72]

Phillip de Arreitta on oath in Open Court further made answer to the following Questions Viz$^t$

$Q^n$ 1. How long did you lie in Tanamo before the papers were sent to Barracoa and by whom were they carried

Ans$^r$ I Arrived At Tannamo on Sunday Noon and the next Morning at break of Day put a Shoar one Micguel Rodriguez an Inhabitant of Barricoa with Orders to carry them thither

$Q^n$ 2. Who brought you that Copy of the Condemnation you mentioned in your former Evid$^{ce}$

An$^r$ The same Miguel Rodriguez

$Q^n$ 3. By whom was that Copy signed and Certified

An$^r$ Two Alcalders signed it, and it was Certified by the Secretary of Barricoa

$Q^n$ 4. Have you any knowledge of the two Alcalders that signed that Copy, and of the Secretary that Certified it

Ans$^r$ I have a personal acquaintance with One of the Alcalders Viz$^t$ Don Matthaas Insula, the other I know by sight, Also have a knowledge of the Secretary by Sight and that he is such an officer there being no other in that place

$Q^n$ 5.   What was your design of carrying Cap$^t$ Smithson to the Havannah after the said Ship had been condemned at Barricoa

*Ans$^r$*   The Governour of the Havannah had given Orders to the Cap$^t$ of the privateer to carry all English Cap$^{ts}$ that they should take that came from Jamaica in to the Havannah in Order to gain what knowledge they could from Jamaica And also to Assure the Governour that there was no Embezelment made of the Cargo Two thirds whereof belonging to the King and the other third to the Captors

$Q^n$ 6.   Where was Cap$^t$ Smithson kept while you lay at Tannamo

*Ans$^r$*   The Morning after we Arrived at Tannamo we put Cap$^t$ Smithson on board of our privateer where he remained until the Night we Sailed from Tannamo

$Q^n$ 7.   Do you know Amaro Cabrerabolis subscribed those Spanish Letters marked B and C

*Ans$^r$*   He was Commissary of the Sloop I was in, appointed by the President of the Royal Company At the Havannah

$Q^n$ 8.   By whom was the Vessel fitted out that you was in

*Ans$^r$*   The Sloop was fitted out by the King but belonged to the Royal Company

$Q^n$ 9.   Was the papers belonging to the Ship that Were sent to Barricoa returned again

*Ans$^r$*   They sent three papers to Barricoa, One was a Letter of Marque, another a pasport and the other which Cap$^t$ Smithson gave Manifest of the Cargo of which the pasport and manifest was only returned and they were put into the packet that I threw overboard as afores$^d$

$Q^n$ 10.   What became of the Englishmen you made prisoniers when you took this Ship

*An$^r$*   Eight was on Board of the Ship and The remainder that was not on Board were sent to Barricoa in Order to be sent to S$^t$ Auga de Cuba to be exchanged for Spanish prisoners

Philipe de Arrieta

Truly interpreted in the Spanish Tongue by Moses Lopez.

[Admiralty Papers, I, 76]

Nathan Bull of Newport afr$^d$ County of Newport Marriner On Oath made Answer to the following Questions Viz$^t$

$Q^n$ 1.   What knowledge have you of the Method the Spaniards Use in Condemning prizes

*Ans$^r$*   On The 27th day of February last I was Commander of the Brigantine Rainger and was taken about 15 Leagues to the Leward of the Havannah by two Spanish Men of War and was the next Day carried into the Havanna, And in two or three days after my Arrival there an Irish Gentleman came on Board who spoke English well and after we had some Conversation I

asked him whether I should not be carried on Shoar in Order for Condemnation of the Vessel, who replied I should se nothing of that for the Vessels that were taken by the Kings Ships were not Condemned in any Court Neither was I carried to any Court, but the next day after that gentleman came on Board they began to Unload the Cargo and about five or Six Days after I se them puting Ballast on Board of her.

Nathan Bull.

[Admiralty Papers, I, 77]